**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JEREMY WITT, | Case No.  5:25-cv-02776-BLF |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION FOR RECONSIDERATION** |
| PATRICK ROSS, et al., | |
| Defendants. | [Re: ECF No. 115] |

Pro se Plaintiff Jeremy Witt has repeatedly filed frivolous motions seeking to disqualify Defendant's counsel Gordon Finwall and now moves for reconsideration of the Court's order denying disqualification.  ECF No. 115.  This district has local rules governing motions for reconsideration.  A motion for reconsideration may be made on three grounds: (1) a material difference in fact or law exists from that which was presented to the court, which, in the exercise of reasonable diligence, the moving party did not know at the time of the order for which reconsideration is sought; (2) the emergence of new material facts or a change of law; or (3) a manifest failure by the court to consider material facts or dispositive legal arguments.  Civ. L.R. 7-9(b).  The moving party may not reargue any written or oral argument previously asserted to the court.  Civ. L.R. 7-9(c).

Mr. Witt fails to raise a cognizable ground for reconsideration.  The motion is DENIED.

**IT IS SO ORDERED.**

Dated:  March 24, 2026

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California